# Composite Exhibit A to Complaint



Enjoy a safe, convenient shopping experience this holiday season.  Learn more

Credit Cards   Top Deals   Deal of the Day   Gift Cards   Health & Wellness   For Your Business   Donate to St. Jude

Search Best Buy

Miami Beach    | Cart

**Products**    **Brands**    **Deals**    **Services**        Account    Recently Viewed    Order Status    Saved Items

Best Buy › Appliances › Refrigerators › All Refrigerators

Share   Print



Be sure your new refrigerator fits.

Let's Get Measuring

**Price Match Guarantee**

## $2,599.99

$144.45/mo.*
suggested payments with
**18-Month Financing**
Show me how >

**15-DAY SATISFACTION GUARANTEE**
Our trained agents are available to help 7 days a week to help support
your purchase.  Learn more >

No rebates available in 33101

**Samsung**

Samsung - 22.5 cu. ft. Counter Depth French Door Fingerprint
Resistant Refrigerator with CoolSelect Pantry - Black stainless
steel

**Model:** RF23HCEDBSG  **SKU:** 6201015

  4.2 (771 Reviews) ⌄  |  86 Answered Questions

**Counter Depth:** ⓘ

| Yes | ⌄ |

**Standardized Width:** ⓘ

| 36" | ⌄ |

**Color:** Black stainless steel





Interactive Tour and documents

🛡 **Protect your major appliance**
★★★★★ (1,422)

☐ 3-Year Standard Geek Squad Protection    **$299.99**
About $8.33/mo.

☐ 5-Year Standard Geek Squad Protection    **$599.99**
About $10.00/mo.

Learn more

**You might also need**

☐    Water Filter for Select Samsung
Refrigerators - White    **$49.99**

**Unavailable**

📍 **Pickup:** Unavailable within 250 miles of Miami Beach
Update location

🚚 **Delivery:** Unavailable in your area
Estimates for 33101                    Help



Unavailable Nearby

☐ Compare    🔖 Save

## We're here to help.

Schedule a Store Visit



**Special Offers**

Save $50 on Total Tech Support

Free Delivery on Orders $399 and Up

**Cardmember Offers**

18 Month Financing

12 Month Financing

Get rewards

## Key Specs

See All Specifications ›

| | |
|---|---|
| Product Height ⓘ | 70 inches |
| Product Width ⓘ | 35 4/5 inches |
| Height To Top Of Refrigerator (Without Hinges) ⓘ | 68 7/8 inches |
| Height To Top Of Door Hinge ⓘ | 70 inches |
| Depth Without Handle ⓘ | 28 1/2 inches |
| Depth With Handle ⓘ | 31 inches |
| Total Capacity | 22.5 cubic feet |
| Refrigerator Style | French Door |
| Ice Maker | Yes |
| Lighting Type | LED |
| App Compatible ⓘ | No |
| Works With ⓘ | SmartThings |
| Color Finish | Black stainless steel |



70"

31"

35 4/5"

(Doors closed)



1:36

Refrigerator: Measure Twice, Deliver Once



Delivery & Installation Requirements

**People also viewed** (15 Items)

Help



Samsung - 24.6 Cu. Ft. French Door Fingerprint Resistant Refrigerator - ...
★★★★½ (4,341)
**$2,099.99**
☐ Compare



Samsung - 26 cu. ft. 3-Door French Door Refrigerator with...
★★★★½ (495)
**$2,399.99**
☐ Compare



Samsung - Family Hub 27.7 Cu. Ft. 4-Door French Door...
★★★★★ (171)
**Clearance: $1,799.99**
☐ Compare



## Overview ⌄

## Specifications ⌃

| Key Specs | | |
|---|---|---|
| | Product Height ⓘ | 70 inches |
| | Product Width ⓘ | 35 4/5 inches |
| | Height To Top Of Refrigerator (Without Hinges) ⓘ | 68 7/8 inches |
| | Height To Top Of Door Hinge ⓘ | 70 inches |
| | Depth Without Handle ⓘ | 28 1/2 inches |
| | Depth With Handle ⓘ | 31 inches |
| | Total Capacity | 22.5 cubic feet |
| | Refrigerator Style | French Door |
| | Ice Maker | Yes |
| | Lighting Type | LED |
| | App Compatible ⓘ | No |
| | Works With ⓘ | SmartThings |
| | Color Finish | Black stainless steel |

| General | | |
|---|---|---|
| | Product Name | 22.5 cu. ft. Counter Depth French Door Fingerprint Resistant Refrigerator with CoolSelect Pantry |
| | Brand | Samsung |
| | Model Number | RF23HCEDBSG |
| | Color | Black stainless steel |
| | Color Category | Black |
| | Color Finish | Black stainless steel |

| Dimension | | |
|---|---|---|
| | Product Height ⓘ | 70 inches |
| | Product Width ⓘ | 35 4/5 inches |

Help

| | |
|---|---|
| **Product Depth** ⓘ | 31 inches |
| **Height To Top Of Refrigerator (Without Hinges)** ⓘ | 68 7/8 inches |
| **Height To Top Of Door Hinge** ⓘ | 70 inches |
| **Standardized Width** ⓘ | 36 inches |
| **Counter Depth** ⓘ | Yes |
| **Depth Without Handle** ⓘ | 28 1/2 inches |
| **Depth With Handle** ⓘ | 31 inches |
| **Depth Without Door** ⓘ | 24 inches |
| **Depth With Door 90 Degrees Open** ⓘ | 44 inches |
| **Product Weight** ⓘ | 298 pounds |

## Capacity

| | |
|---|---|
| **Total Capacity** | 22.5 cubic feet |
| **Refrigerator Capacity** ⓘ | 15.7 cubic feet |
| **Freezer Capacity** ⓘ | 6.8 cubic feet |

## Features

| | |
|---|---|
| **Configuration** ⓘ | Freestanding |
| **Panel Ready** ⓘ | No |
| **Refrigerator Style** | French Door |
| **Fingerprint Resistant** | Yes |
| **Ice Maker** | Yes |
| **Door-Open Alarm** | Yes |
| **Temperature Control Type** | Digital |
| **Defrost Type** ⓘ | Automatic |
| **Lighting Type** | LED |
| **Wireless Connectivity** ⓘ | Wi-Fi |

## Ice & Water Dispenser

| | |
|---|---|
| Ice and Water Dispenser | Ice and water |

## Storage

| | |
|---|---|
| **Number Of Doors/Drawers** | 3 |
| **Number Of Fixed Shelves** | 5 |
| **Quick Access Door** ⓘ | No |
| **Gallon Door Storage** ⓘ | Yes |
| **Humidity-Controlled Crisper** | Yes |
| **Spill-Safe Shelves** | Yes |

Help

| | | |
|---|---|---|
| | Refrigerator Shelf Material | Tempered Glass |

## Freezer Info

| | | |
|---|---|---|
| | Freezer Compartment | Yes |
| | Freezer Location | Bottom |
| | Freezer Door Type | Pull Out Drawer |
| | Freezer Interior Light | Yes |
| | Daily Ice Production ⓘ | 5.2 pounds |
| | Ice Tray Included | Yes |

## Filter Info

| | | |
|---|---|---|
| | Water Filtration | Yes |
| | Water Filter Model Number ⓘ | HAF-CIN |

## Electrical Specification

| | | |
|---|---|---|
| | Estimated Annual Electricity Use ⓘ | 699 kilowatt hours |
| | Estimated Annual Operating Cost ⓘ | 84 United States dollars |

## Certifications Listings & Approvals

| | | |
|---|---|---|
| | ENERGY STAR Certified ⓘ | Yes |

## Warranty

| | | |
|---|---|---|
| | Manufacturer's Warranty - Parts | 1 Year |
| | Manufacturer's Warranty - Labor | 1 Year |

## Compatibility

| | | |
|---|---|---|
| | Works With ⓘ | SmartThings |

## Other

| | | |
|---|---|---|
| | UPC | 887276265025 |

## Reviews ★★★★☆ (771)  ⌄

## Questions & Answers  ⌄

## From the Manufacturer  ⌃

### Product Features





Help

**Counter Depth**

Get more workspace while enhancing your kitchen's look with our counter-depth refrigerator design. Its sleek, built-in style blends in with the cabinetry, adding function and style to your kitchen.

**Twin Cooling Plus™**

The Twin Cooling Plus™ feature maintains both high levels of refrigerator humidity to keep perishable fruits and vegetables fresher longer, and dry freezer conditions means less freezer burn for better tasting frozen foods.

**CoolSelect Pantry™**

The CoolSelect Pantry™ provides optimal temperature control for your food storage needs with Deli, Fresh and chilled options. Great for safely defrosting items within a controlled space.







**Ice Master**

Our refrigerator's Ice Master produces up to 5.2lbs. of ice per day and stores up to 2.7lbs. of ice. This space-saving design leaves more room in the refrigerator.

**High-Efficiency LED**

LED lighting beautifully brightens virtually every corner of your refrigerator so you're able to quickly spot what you want. Plus, it emits less heat and is more energy-efficient than conventional lighting. The sleek design saves more space than traditional incandescent light bulbs.

**Adjustable Shelves**

Designed to fit taller items with ease, you can use this three-way shelf for all your storage needs. Use it as a standard shelf, slide-in for more space or flip-up for even more storage space.








**ENERGY STAR® Certified**

ENERGY STAR® certified products meet strict energy efficiency specifications set by the government. This Samsung refrigerator not only meets ENERGY STAR® requirements, it exceeds them.

**EZ-Open™ Handle**

This specially designed handle allows for easy opening and closing of a fully loaded freezer, containing a filtered ice maker. The low-profile handle design lifts up and glides out the drawer effortlessly.

**LED Display with Water and Ice Dispenser**

An external, Ice Blue Digital Display allows you to easily control settings at the touch of a button. The Samsung Ice and Water dispenser provides a uniquely-tall opening so pitchers and tall decorative glasses can be filled quickly and easily. The external ice and water dispenser also serves as a filter, ensuring that plenty of filtered water, crushed ice and cubed ice is always on hand.





**Get ready for delivery**

Check to make sure your appliance will fit and that your home is accessible for delivery.

**Fingerprint resistant finish - Fingerprint resistant**

Helps reduce smudges for an everyday great appearance

Help

**See More:**   Interactive Tour   Warranty

**Related Accessories**



1.8 cu. ft. Over-the-Range Microwave with Sensor Cooking in Fingerprint Resistant Stainless Steel

HAF-CIN 2 Pack Refrigerator Water Filter

HAF-CIN 3 Pack Refrigerator Water Filter

HAF-CIN Refrigerator Water Filter

ADVERTISEMENT

## Most-viewed sponsored products (20 Items)



Amana - 24.5 Cu. Ft. Side-by-Side...
★★★★☆ (442)
**$949.99**
~~$999.99~~
[ 🛒 Add to Cart ]

Whirlpool - 24.5 Cu. Ft. 4-Door French Door...
★★★★☆ (1,186)
**$2,249.99**
~~$2,499.99~~
[ 🛒 Add to Cart ]

Samsung - 27.4 Cu. Ft. Side-by-Side...
★★★★☆ (675)
**$1,259.99**
[ 🛒 Add to Cart ]

Samsung - 27 cu. ft. Large Capacity 3-Door...
★★★★☆ (500)
**$2,069.99**
[ 🛒 Add to Cart ]

Whirlpool - 25.2 Cu. Ft. French Door...
★★★★☆ (1,166)
**$1,709.99**
~~$1,899.99~~
[ 🛒 Add to Cart ]

## People also bought (5 Items)



GE - Profile™ Series 1.7 cu. ft. Convection...
★★★★☆ (155)
**$539.99**
[ 🛒 Add to Cart ]

Samsung - 18" Compact Top Control Built-in...
★★★★★ (2)
**$949.99**
[ 🛒 Add to Cart ]

Water Filter for Select Samsung Refrigerators...
★★★★★ (344)
**$49.99**
[ 🛒 Add to Cart ]

Samsung - 36" Built-In Gas Cooktop with WiFi...
★★★★☆ (43)
**$1,349.99**
[ 🛒 Add to Cart ]

Samsung - 1.9 Cu. Ft. Countertop...
★★★★☆ (57)
**$279.99**
[ 🛒 Add to Cart ]

## Sponsored products from other sellers

Help



Whirlpool WRS315SNHM 36" Side-by-Side Refrigerator with 25.07 cu. ft. Total Capacity LED Lighting Spillproof Glass Shelves and Electronic
**$1,164.10**

Appliances Connect... ▾ [Ad]

Viking RVRF3361SS 36" French Door Freestanding Refrigerator with Bottom Freezer Star-K Certified Sabbath Mode 22.1 cu. ft. Total Capacity
**$3,559.00**

Appliances Connect... ▾ [Ad]

LG LFCS22520S 30" Energy Star Freestanding French Door Refrigerator with 21.8 cu. ft. Capacity Ice Maker Smart Cooling System 2 Crisper
**$1,695.00**

Appliances Connect... [Ad]


fergusonshowrooms... ▾
(4.7)
[ Visit Website ]

**Ferguson Showrooms - Dacor Appliances - Find Inspiration All Around**

[Ad] Visit a Ferguson Showroom today and explore top selling Dacor **appliances**. Book your virtual appointment with Ferguson Showrooms and discover what we have to offer! World-Class Experience. Product Experts. Top Brands. Free Shipping. Let Ferguson Inspire You. Virtual Appointments. Immersive Showrooms. Categories: Wall Ovens, Cooktops & Rangetops, **Refrigerators**, Range Hoods.

Bosch Refrigerators
French Door, Side-by-Side and More
Explore A Showroom Today

Bosch Wall Ovens
Designer Grade Ovens & Microwaves
Book A Virtual Appointment Today

Bosch Ranges
Electric, Gas and Dual Fuel
Top Selling Bosch Ranges

Bosch Range Hoods
Popular Vent Hoods By Bosch
Find The Perfect Range Hood Today


americanfreight.com ▾
[ Visit Website ]

**Sears Outlet - Now American Freight - Save on Refrigerators**

[Ad] Sears Outlet is Now American Freight. Save up to 50% on **Appliances**. We Buy Direct So We Can Offer the Lowest Prices on Quality Products. Order Online Today. Save with Scratch & Dent. National Delivery. Deeply Discounted Prices. Curbside/Instore Pickup. Same-day Local Delivery. Financing Available. Types: **Refrigerators** & Freezers, Cooking **Appliances**, Washers & Dryers.

Save Big on Appliances
Sectionals from $298
Payment Plans Available

Mattress Sets from $49.99
Bedroom Sets from $198
Beds from Only $129.99


consumersearch.com ▾
[ Visit Website ]

**Refrigerator On Sale - Refrigerator On Sale - Check Refrigerator On Sale**

[Ad] Find **Refrigerator** On Sale. Explore Other Results at ConsumerSearch.com. Search for **Refrigerator** On Sale Get Info at Consumersearch.com! More value than ever. Newest look. Try It Free. Results in seconds. Real-Time Data. Make Things Easy. Unbeatable Value. We just got better. Quality tested.

Results Now
Great Results
More Value

Get More Info
Latest Here
Fast Search

mapquest.com ▾
[ Visit Website ]

**Appliance Clearance Sale Near You - Appliance Clearance Sale**

[Ad] MapQuest Can Help You Find The Top **Appliance** Clearance Sale Near You. Search Now To Get Fast, Relevant Results For Your Home. For Your Home. Trusted & Reliable. Search The Web. Let MapQuest Guide You. Browse Sources Online. Highlights: Mobile Apps Available, Enterprise Solutions Available, Route Planner Available.

Help

ADVERTISEMENT

## Get the latest deals and more.   Enter email address            Sign Up        | Best Buy app
Learn more ›

**My Best Buy ›**
View Points & Certificates
Member Offers
Sign in or Create Account

**Credit Cards ›**
Make a Payment at Citibank
Check Balance at Citibank
Credit Card Offers
Apply Now

**Orders & Returns ›**
Order Status
Shipping, Delivery & Store Pickup
Return & Exchange Promise
Price Match Guarantee

**Lease to Own ›**
Apply Now

**Get Support ›**
Visit our Support Center
Schedule or Manage Your Service
Shop with an Expert
Protection & Support Plans
Trade-In Program
Product Recalls

**Partnerships ›**
Affiliate Program
Developers
Best Buy Health
Best Buy Education
Best Buy for Business
Advertise with Us

**International Sites ›**
Best Buy Mexico
Best Buy Canada

    Mobile Site            [+]Give Feedback

In-store pricing may vary. Prices and offers are subject to change. © 2020 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help

**Enjoy a safe, convenient shopping experience this holiday season.**  Learn more



Credit Cards    Top Deals    Deal of the Day    Gift Cards    Health & Wellness    For Your Business    Donate to St. Jude

Search Best Buy                                     🔍                                          **Miami Beach**  |  Cart

**Products**        **Brands**        **Deals**        **Services**                    Account        Recently Viewed        Order Status        Saved Items

Best Buy ▸ Appliances ▸ Dishwashers ▸ Built-In Dishwashers



**Samsung**

Samsung - Samsung-StormWash™, 3rd Rack, 24" Top Control Fingerprint Resistant Built-In Dishwasher-Black Stainless Steel - Fingerprint Resistant Black Stainless Steel

**Model:** DW80K7050UG   **SKU:** 5326300

**This item is no longer available in new condition.**
See similar items below.

See more images

---

## Specifications ⌃

### Key Specs

| | |
|---|---|
| **Product Height** ⓘ | 35.87 inches |
| **Product Width** ⓘ | 23.87 inches |
| **Product Depth** ⓘ | 24 3/4 inches |
| **Sound-Reduction System** | Yes |
| **Operating Sound Level** ⓘ | 44 decibels |
| **Number Of Racks** | 3 |
| **Tub Finish** ⓘ | Stainless steel |
| **App-Controlled** ⓘ | No |
| **Color Finish** | Black stainless steel |

### General

| | |
|---|---|
| **Product Name** | Samsung-StormWash™, 3rd Rack, 24" Top Control Fingerprint Resistant Built-In Dishwasher-Black Stainless Steel |
| **Brand** | Samsung |
| **Model Number** | DW80K7050UG |
| **Color** | Fingerprint Resistant Black Stainless Steel |
| **Color Category** | Black |
| **Color Finish** | Black stainless steel |

### Dimension

| | |
|---|---|
| **Product Height** ⓘ | 35.87 inches |
| **Product Width** ⓘ | 23.87 inches |
| **Product Depth** ⓘ | 24 3/4 inches |

Help

| | | |
|---|---|---|
| | **Product Weight** ⓘ | 97 pounds |

## Cut-Out Dimensions

| | | |
|---|---|---|
| | **Cut-Out Height** ⓘ | 34 1/8 inches |
| | **Cut-Out Width** ⓘ | 24 inches |
| | **Cut-Out Depth** ⓘ | 24 inches |

## Features

| | | |
|---|---|---|
| | **Heated Drying** ⓘ | No |
| | **Sound-Reduction System** | Yes |
| | **Operating Sound Level** ⓘ | 44 decibels |
| | **Delay Start** ⓘ | Yes |
| | **End-Of-Cycle Signal** ⓘ | Yes |
| | **Cycle Status Lights** ⓘ | Yes |
| | **Control-Lock Option** ⓘ | Yes |
| | **Filtered Water** ⓘ | Yes |

## Cycle Specifications

| | | |
|---|---|---|
| | **Number of Cycles** ⓘ | 6 |
| | **Dishwasher Cycles** | Auto, Normal, Heavy, Delicate, Express 60, Rinse Only |
| | **Options and Programs** | Lower Rack, Storm Wash, Hi-Temp Wash, Sanitize, Delay Start |
| | **Sensor Wash** ⓘ | Yes |
| | **High-Temperature Wash** ⓘ | Yes |
| | **Steam Cleaning** ⓘ | No |
| | **Steam Pre-Wash** ⓘ | No |
| | **NSF-Certified Sanitization Cycle** ⓘ | Yes |

## Rack Features

| | | |
|---|---|---|
| | **Number Of Racks** | 3 |
| | **Third Rack Features** ⓘ | Utensil separator |
| | **Upper Rack Features** ⓘ | Adjustable height, Cup shelf, Rack handle, Removable, Stemware holders |
| | **Lower Rack Features** ⓘ | Silverware basket |
| | **Rack Material** | Nylon |

## Design

| | | |
|---|---|---|
| | **Dishwasher Type** | Built-in dishwashers |
| | **Tub Finish** ⓘ | Stainless steel |
| | **Control Location** | Top control    Help |

| | | |
|---|---|---|
| | Control Type | Capacitive touch |
| | Handle Type | Towel bar handle |
| | Fingerprint Resistant | Yes |
| | Place Setting Capacity ⓘ | 15 |
| | Interior Light(s) | No |
| | Number of Wash Arms | 3 |

| | | |
|---|---|---|
| **Included** | Power Cord Included ⓘ | No |
| | Integrated Water-Softener ⓘ | No |

| | | |
|---|---|---|
| **Electrical Specification** | Estimated Annual Electricity Use ⓘ | 239 kilowatt hours |
| | Estimated Annual Operating Cost ⓘ | 29 United States dollars |
| | Amperage ⓘ | 15 amperes |
| | Voltage ⓘ | 120 volts |
| | Wattage ⓘ | 1100 watts |

| | | |
|---|---|---|
| **Certifications Listings & Approvals** | ENERGY STAR Certified ⓘ | Yes |
| | ADA Compliant ⓘ | No |
| | NSF Listed ⓘ | Yes |

| | | |
|---|---|---|
| **Warranty** | Manufacturer's Warranty - Parts | 1 year; 5 Year Limited on Printed Circuit Board and Interior Nylon Racks, Lifetime Limited Warranty on Stainless Steel Door Liner and Tub for Leakage |
| | Manufacturer's Warranty - Labor | 1 Year |

| | | |
|---|---|---|
| **Other** | UPC | 887276166438 |

## Reviews ★★★★½ (1,662)                                                      ⌄

## Questions & Answers                                                       ⌄

**You recently viewed** (1 Items)



Samsung - 22.5 cu. ft.
Counter Depth French
Door Fingerprint...
★★★★½ (77)

**$2,599.99**

Unavailable
Nearby

A D V E R T I S E M E N T

## Get the latest deals and more.

Enter email address    **Sign Up**



**Best Buy app**
Learn more ›

### My Best Buy ›

View Points & Certificates

Member Offers

Sign in or Create Account

### Credit Cards ›

Make a Payment at Citibank

Check Balance at Citibank

Credit Card Offers

Apply Now

### Orders & Returns ›

Order Status

Shipping, Delivery & Store Pickup

Return & Exchange Promise

Price Match Guarantee

### Lease to Own ›

Apply Now

### Get Support ›

Visit our Support Center

Schedule or Manage Your Service

Shop with an Expert

Protection & Support Plans

Trade-In Program

Product Recalls

### Partnerships ›

Affiliate Program

Developers

Best Buy Health

Best Buy Education

Best Buy for Business

Advertise with Us

### International Sites ›

Best Buy Mexico

Best Buy Canada

Corporate Information | Forums, Blog & More | Careers | Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | California Privacy Rights | Do Not Sell My Personal Information | California Supply Chain Transparency Act

    Mobile Site

⊡ Give Feedback

In-store pricing may vary. Prices and offers are subject to change. © 2020 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help



Enjoy a safe, convenient shopping experience this holiday season.  Learn more

Credit Cards    Top Deals    Deal of the Day    Gift Cards    Health & Wellness    For Your Business    Donate to St. Jude

Search Best Buy                                                    Miami Beach    |    Cart

**Products**    **Brands**    **Deals**    **Services**                    Account    Recently Viewed    Order Status    Saved Items

Best Buy › Appliances › Ranges, Cooktops & Ovens › Ranges › Gas Ranges                                    Share    Print

**Samsung**
**Samsung - 5.8 Cu. Ft. Self-Cleaning Fingerprint Resistant Slide-In Gas Convection Range - Black stainless steel**
Model: NX58K9500WG   SKU: 4892503

★★★★★ 4.7 (1,179 Reviews) ⌄ | 238 Answered Questions

**$2,069.99**          **$115.00**/mo.*
                      suggested payments with
                      **18-Month Financing**
                      Show me how >

🔄 **15-DAY SATISFACTION GUARANTEE**
Our trained agents are available to help 7 days a week to help support your purchase. Learn more >

**Range Power Source:**
[ Gas                                        ⌄ ]

**Color:** Black stainless steel

[ $2,069.99 ]   [ $1,979.99 ]

🛡 **Protect your major appliance**
★★★★★ (1,248)

☐ 3-Year Standard Geek Squad Protection          **$199.99**
                                                 About $5.56/mo.

☐ 5-Year Standard Geek Squad Protection          **$299.99**
                                                 About $5.00/mo.

Learn more

**Unavailable**

🏠 **Pickup:** Unavailable within 250 miles of Miami Beach
Update location

🚚 **Delivery:** Unavailable in your area
Estimates for 33101

**Unavailable Nearby**

☐ Compare          🔖 Save

# We're here to help.

[ Schedule a Store Visit          Help ]



     

Interactive Tour and documents



**Compare to other models**

See how this model stacks up to others.

Compare models

**Special Offers**

Save $50 on Total Tech Support

Free Delivery on Orders $399 and Up

**Cardmember Offers**

18 Month Financing

12 Month Financing

Get rewards

## Key Specs

See All Specifications ›

| | |
|---|---|
| **Product Height** ⓘ | 37 3/16 inches |
| **Product Width** ⓘ | 29 13/16 inches |
| **Product Depth** ⓘ | 26 3/8 inches |
| **Range Type** ⓘ | Slide-In |
| **Oven Convection** ⓘ | Yes |
| **Oven Cleaning Method** ⓘ | Self-High Heat Cleaning |
| **Single/Double Oven** | Single Oven |
| **Cooktop Surface Type** ⓘ | Grate |
| **Cooktop Surface Color** | Black |
| **Number Of Burners** | 5 |
| **App-Controlled** ⓘ | No |
| **Color Finish** | Black stainless steel |



37 3/16"
26 3/8"
29 13/16"
(Doors closed)



Gas Range: Delivery & Installation



Delivery & Installation Requirements

## People also viewed (15 Items)



Samsung - 6.0 cu. ft. Front Control Slide-In Gas Convection Range...
★★★★★ (64)
**$1,799.99**
☐ Compare



Bosch - 800 Series 4.8 Cu. Ft. Self-Cleaning Slide-In Gas...
★★★★★ (61)
Clearance:
**$1,034.99**
☐ Compare



LG - SIGNATURE 6.9 Cu. Ft. Self-Cleaning Slide-In Double Oven Gas...
★★★★★ (2)
**$3,499.99**
☐ Compare



Help

## Overview ⌄

## Specifications ⌃

Key Specs

| | | |
|---|---|---|
| **Product Height** ⓘ | | 37 3/16 inches |
| **Product Width** ⓘ | | 29 13/16 inches |
| **Product Depth** ⓘ | | 26 3/8 inches |
| **Range Type** ⓘ | | Slide-In |
| **Oven Convection** ⓘ | | Yes |
| **Oven Cleaning Method** ⓘ | | Self-High Heat Cleaning |
| **Single/Double Oven** | | Single Oven |
| **Cooktop Surface Type** ⓘ | | Grate |
| **Cooktop Surface Color** | | Black |
| **Number Of Burners** | | 5 |
| **App-Controlled** ⓘ | | No |
| **Color Finish** | | Black stainless steel |

General

| | | |
|---|---|---|
| **Product Name** | | 5.8 Cu. Ft. Self-Cleaning Fingerprint Resistant Slide-In Gas Convection Range |
| **Brand** | | Samsung |
| **Model Number** | | NX58K9500WG |
| **Color** | | Black stainless steel |
| **Color Category** | | Black |
| **Color Finish** | | Black stainless steel |

Dimension

| | | |
|---|---|---|
| **Product Height** ⓘ | | 37 3/16 inches |
| **Product Width** ⓘ | | 29 13/16 inches |
| **Product Depth** ⓘ | | 26 3/8 inches |
| **Standardized Width** ⓘ | | 30 inches |

Capacity

| | | |
|---|---|---|
| **Oven Capacity** ⓘ | | 5.8 cubic feet |

Features

| | | |
|---|---|---|
| **Range Type** ⓘ | | Slide-In |
| **Downdraft Ventilation** ⓘ | | No |

Help

| | | |
|---|---|---|
| **Range Power Source** | | Gas |
| **Fingerprint Resistant** | | Yes |
| **Control Type** | | Touch |
| **Oven Control Location** | | Front panel |
| **Digital Display** | | Yes |
| **Clock Display** | | Yes |
| **Door/Child Lock** ⓘ | | Yes |
| **Oven Light** | | Yes |
| **Propane (LP) Convertible** | | Yes |

| **Function** | | |
|---|---|---|
| | **Sabbath Mode** ⓘ | Yes |
| | **Hidden Bake Element** ⓘ | Yes |
| | **Keep Warm Setting** | Yes |
| | **Variable Broil** ⓘ | Yes |
| | **Timer** | Yes |
| | **Time Bake** ⓘ | Yes |

| **Oven Features** | | |
|---|---|---|
| | **Oven Convection** ⓘ | Yes |
| | **Convection Type** ⓘ | True Convection |
| | **Oven Cleaning Method** ⓘ | Self-High Heat Cleaning |
| | **Single/Double Oven** | Single Oven |
| | **Broiler Location** | Oven |
| | **Number of Oven Racks** | 3 |
| | **Number of Oven Rack Positions** | 7 |
| | **Oven Window** | Yes |

| **Cooktop Features** | | |
|---|---|---|
| | **Cooktop Surface Type** ⓘ | Grate |
| | **Cooktop Surface Color** | Black |
| | **Cooktop Surface Material** | Stainless steel |
| | **Number Of Burners** | 5 |
| | **Sealed Burners** ⓘ | Yes |
| | **Specialty Burner(s)** ⓘ | Dual Flame, Oval Center, Simmer |
| | **Grate Material** | Cast iron |

Help

| Burner Rating | | |
|---|---|---|
| | Burner 1 Rating ⓘ | 18000 british thermal units |
| | Burner 2 Rating | 15000 british thermal units |
| | Burner 3 Rating | 5000 british thermal units |
| | Burner 4 Rating | 5000 british thermal units |
| | Burner 5 Rating | 9500 british thermal units |
| | Broiler Burner Rating | 16000 british thermal units |

| Included | | |
|---|---|---|
| | Power Cord Included ⓘ | No |
| | Gas Connector Included | No |
| | Propane Conversion Kit Included | Yes |

| Warranty | | |
|---|---|---|
| | Manufacturer's Warranty - Parts | 1 year |
| | Manufacturer's Warranty - Labor | 1 year |

| Other | | |
|---|---|---|
| | UPC | 887276142890 |

## Reviews ⭐⭐⭐⭐ (1,179)                                                          ⌄

## Questions & Answers                                                           ⌄

## From the Manufacturer                                                         ⌃

**Product Features**







**Slide-in design**
Distinctive built-in design creates a cultivated look in the kitchen without the remodel.

**True convection**
A powerful convection fan that circulates heat, cooks food evenly and saves time.

**5 gas cooktop burners**
Boil, melt or simmer with the quick flexibility of five cooktop burners.







Fingerprint resistant

Help





**Guiding light controls**

Easy-to-use guided light controls make programming temperature, time and cooking functions simple.

**Fingerprint resistant finish - Fingerprint resistant**

Helps reduce smudges for an everyday great appearance

**Warming drawer**

Keep side dishes warm while you wait for the main course to finish cooking.





**Get ready for delivery**

Check to make sure your appliance will fit and that your home is accessible for delivery.

**Griddle**

Use the griddle to cook breakfast foods, grill sandwiches or sauté vegetables.

**See More:**   Interactive Tour   Warranty

**360° View**



**Related Accessories**

Showing 1-5 of 12 Products



Help

    

| 2.1 cu. ft. Over The Range Microwave in Tuscan Stainless Steel | 2.1 cu. ft. Over The Range Microwave | 2.1 cu. ft. Over The Range Microwave | 2.1 cu. ft. Over the Range Microwave | 1.7 cu. ft. Over The Range Convection Microwave |

## Compare Upgrades 

ADVERTISEMENT

### You recently viewed (1 Items)



Samsung - 22.5 cu. ft. Counter Depth French...

⭐⭐⭐⭐ (771)

**$2,599.99**

Unavailable Nearby

### People also bought (8 Items)

     

| Samsung - 2.1 Cu. Ft. Over-the-Range... | Whirlpool - 36" Convertible Range... | LG - 30" Convertible Range Hood -... | LG - 36" Built-In Gas Cooktop with... | LG - 30" Combination Double Electric... |
|---|---|---|---|---|
| ⭐⭐⭐⭐ (316) | ⭐⭐⭐⭐⭐ (19) | Not yet reviewed | ⭐⭐⭐⭐ (13) | ⭐⭐⭐⭐ (88) |
| **$409.99** | **$764.99** | **$1,199.99** | **$1,399.99** | **$3,699.99** |
| 🛒 Add to Cart | 🛒 Add to Cart | 🛒 Add to Cart | Find a Store | 🛒 Add to Cart |

### Most-viewed sponsored products (20 Items)

Help

    

Samsung - 5.8 Cu. Ft. Freestanding Gas...
★★★★★ (508)
**$899.99**
~~$1,099.99~~
Add to Cart

Samsung - 6.0 cu. ft. Front Control Slide-In...
★★★★★ (64)
**$1,709.99**
Add to Cart

LG - 6.9 Cu. Ft. Self-Cleaning Freestanding...
★★★★½ (204)
**$1,699.99**
Add to Cart

LG - 6.9 Cu. Ft. Self-Cleaning Slide-In...
★★★★½ (188)
**$2,999.99**
Unavailable Nearby

LG - 5.8 Cu. Ft. Freestanding Single...
★★★★½ (78)
**$999.99**
Unavailable Nearby

## Sponsored products from other sellers

    

Ilve UPN90FDMPVS 36" Nostalgie Series Dual Fuel Natural Gas Range with 5 Sealed Brass Burners 3 cu. ft. Capacity True Convection Oven with Brass
**$3,749.00**
Appliances Connect... ▾ Ad

PROFESSIONAL 48" STAINLESS STEEL 6.0 CU.FT. 7 GAS BURNER/ELECTRIC OVEN RANGE By Zline
**$7,499.99**
Ace Home Goods ▾ Ad

GE Profile Series PGS950SEFSS 6.8 cu. ft. Slide-In Gas Range w/ Convection - Stainless Steel - Cooking Appliances - Ranges
**$1,599.99**
Refurbished
American Freight ▾ Ad

Viking RVGR33015BSS 30" 3 Series Gas Range with 4 cu. ft. Oven 5 Permanently Sealed Burners Continuous Grates ProFlow Convection Baffle and
**$3,899.00**
Appliances Connect... ▾ Ad

RV Stove Gas Range 21" Greystone Stove | Flair Distribution, Silver/Black Combo
**$439.99**
Flair Distribution ▾ Ad


fergusonshowrooms....
(4.7)
Visit Website

**Ferguson Showrooms - Top Selling Dacor Appliances - Find Inspiration All Around**

Ad Visit a Ferguson Showroom today and explore top selling Dacor **appliances**. Book your virtual appointment with Ferguson Showrooms and discover what we have to offer! World-Class Experience. Immersive Showrooms. Top Brands. Virtual Appointments. Product Experts. Let Ferguson Inspire You. Free Shipping. Highlights: Customer Service Available, On Call Assistance Available.

Bosch Refrigerators
French Door, Side-by-Side and More
Explore a Showroom Today

Bosch Wall Ovens
Designer Grade Ovens & Microwaves
Book A Virtual Appointment Today

Bosch Ranges
Electric, Gas and Dual Fuel
Top Selling Bosch Ranges

Bosch Range Hoods
Popular Vent Hoods By Bosch
Find The Perfect Range Hood Today


americanfreight.com ▾
Visit Website

**Sears Outlet - Now American Freight - Shop Cooktops**

Ad Low Everyday Prices on New and Reconditioned Refrigerators, **Ranges**, Washers, Dryers & More. Browse Our Local Assortment Online and Schedule a Delivery to Your Home Today. Financing Available. Save with Scratch & Dent. National Delivery. Curbside/Instore Pickup. Deeply Discounted Prices. Same-day Local Delivery. Types: Refrigerators & Freezers, Cooking **Appliances**.

Sofas from Only $198
Sectionals from $298
Beds from Only $129.99

Save Big on Appliances
Recliners from Only $198
Bedroom Sets from $198


searchandshopping....  ▾
Visit Website

**Consumer Reports Best Ovens - Consumer Reports Best Ovens**

Ad Search For Consumer Reports Best **Ovens** at SearchandShopping. Find Consumer Reports Best **Ovens** Here in seconds! Find It Here. Online Searches. You Ask, We Answer. Browse It Here. Web Search Info. All Your Questions. Millions Search Results. Smart Search. Results Now. Types: pdf, doc.

allsearchsite.com ▾
Visit Website

**Best Kitchen Range Brands - Best Kitchen Range Brands**

Ad Find Best Kitchen **Range** Brands. Check out 1000+ Results from Across the Web. Search for Best Kitchen **Range** Brands Faster & Better Here at Allsearchsite. Attractive Results. Satisfaction Guarantee. Always Available 24/7. Trusted For Many Years. Fast Response. Read Real Search Results. Search Specialists. Immediate Response. Over 100. Get Results 24/7. Services: Searches, News, WebPages.

ADVERTISEMENT

**Get the latest deals and more.**  Enter email address          Sign Up           **Best Buy app** Learn more ›

**My Best Buy ›**

View Points & Certificates

Member Offers

Sign in or Create Account

**Credit Cards ›**

Make a Payment at Citibank

Check Balance at Citibank

Credit Card Offers

**Orders & Returns ›**

Order Status

Shipping, Delivery & Store Pickup

Return & Exchange Promise

Price Match Guarantee

**Lease to Own ›**

Apply Now

**Get Support ›**

Visit our Support Center

Schedule or Manage Your Service

Shop with an Expert

Protection & Support Plans

Trade-In Program

Product Recalls

**Partnerships ›**

Affiliate Program

Developers

Best Buy Health

Best Buy Education

Best Buy for Business

Advertise with Us

Help

**International Sites ›**

Apply Now

Best Buy Mexico

Best Buy Canada

Corporate Information | Forums, Blog & More | Careers | Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | California Privacy Rights | Do Not Sell My Personal Information | California Supply Chain Transparency Act

  Mobile Site

[+]Give Feedback

In-store pricing may vary. Prices and offers are subject to change. © 2020 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help







**Special Offers**

Free Delivery on Orders $399 and Up

**Cardmember Offers**

18 Month Financing

12 Month Financing

Get rewards

## People also viewed (15 Items)



Samsung - 36" Convertible Range Hood - Black stainless steel

★★★★★ (5)

**$589.99**

☐ Compare

Samsung - 36" Range Hood with WiFi and Bluetooth - Fingerprint Resistant Black Stainless Steel

★★★★★ (22)

**$1,259.99**

☐ Compare

Samsung - 30" Range Hood with WiFi and Bluetooth - Fingerprint Resistant Black Stainless Steel

★★★★★ (17)

**$989.99**

☐ Compare

## Overview                                                                  ⌃

**Description**

The Samsung Range Hood turns on with the cooktop to keep the kitchen air fresh. The hood fan and lights automatically start when the burners turn on. The dishwasher-safe metal Baffle Filter keeps the air clean by filtering the grease and odor that are drawn through the Hood. Monitor and control the vent and lights remotely from your smartphone.

**Features**

Sync the fans and the lights with the cooktop automatically through Bluetooth

The Hood was designed for being controlled from your smartphone

The 600 CFM Ventilation System can handle a cooking surface with a maximum heat output up to 60,000 BTUs

LED lights illuminate the cooktop and are brighter and more energy efficient than incandescent or halogen lights

The vent can handle any cooking style with three ventilating speeds or Boost settings

The range hood has a wall-mounted chimney style design

Digital Touch Controls - seamless, integrated and premium design that is easy to clean

This Range Hood has options for exterior or recirculating venting

**What's Included**

**Samsung 30" Range Hood**

**Manuals & Guides**

User Manual (PDF)

Product Datasheet/Brochure (PDF)

Help

## Specifications ⌃

### Key Specs

| | |
|---|---|
| Product Height ⓘ | 25 2/5 inches |
| Product Width ⓘ | 30 inches |
| Product Depth ⓘ | 19 11/16 inches |
| Exhaust Vent Location | Top |
| Vent Type | Convertible |
| Operating Sound Level ⓘ | 74 decibels |
| Color Finish | Black stainless steel |

### General

| | |
|---|---|
| Product Name | 30" Convertible Range Hood with WiFi |
| Brand | Samsung |
| Model Number | NK30K7000WG/A2 |
| Color | Fingerprint Resistant Black Stainless Steel |
| Color Category | Black |
| Color Finish | Black stainless steel |

### Dimension

| | |
|---|---|
| Product Height ⓘ | 25 2/5 inches |
| Minimum Installation Height Above Cooktop | 24 inches |
| Product Width ⓘ | 30 inches |
| Product Depth ⓘ | 19 11/16 inches |
| Product Weight ⓘ | 44.1 pounds |

### Features

| | |
|---|---|
| Exhaust Vent Location | Top |
| Vent Type | Convertible |
| Mount Type | Wall |
| Fingerprint Resistant | Yes |
| Number Of Fan Speeds | 3 |
| Temperature Sensor ⓘ | No |
| Control Type | Touch pad |
| Delay Shut-Off ⓘ | No |
| Auto Fan Shut-Off | No |
| Remote Control | No |

Help

| | | |
|---|---|---|
| **Damper Included** | | No |
| **Integrated Light(s)** | | Yes |
| **Number Of Lights** | | 2 |
| **Number of Light Levels** | | 1 |
| **Bulb Type Required** | | LED |
| **Bulb(s) Included** | | Yes |

| Performance | | |
|---|---|---|
| | **Operating Sound Level** ⓘ | 74 decibels |

| Filter Info | | |
|---|---|---|
| | **Filter Material** | Metal |
| | **Dishwasher-Safe Filter** | Yes |
| | **Removable Grease Filter** | Yes |

| Electrical Specification | | |
|---|---|---|
| | **Voltage** ⓘ | 120 volts |

| Certifications Listings & Approvals | | |
|---|---|---|
| | **CSA Listed** ⓘ | Yes |
| | **UL Listed** ⓘ | No |

| Warranty | | |
|---|---|---|
| | **Manufacturer's Warranty - Parts** | 1 Year |
| | **Manufacturer's Warranty - Labor** | 1 Year |

| Other | | |
|---|---|---|
| | **UPC** | 887276245256 |

## Reviews ⭐⭐⭐⭐ (82)   ⌄

## Questions & Answers   ⌄

## Buying Options   ⌄

## From the Manufacturer   ⌃

**Product Features**










**Bluetooth connected**
Bluetooth automatically syncs fans and lights with cooktop burners.

**Wi-Fi connectivity**
Monitor and control your cooktop hood from anywhere.

**Powerful Ventilation**
Powerful 390 CFM[1] ventilation circulates air to remove odors quickly.







**Digital touch controls**
Seamless, integrated and premium design that is easy to clean.

**Fingerprint resistant finish - Fingerprint resistant**
Helps reduce smudges for an everyday great appearance

**LED lights**
With bright LED lights, you can see everything on the cooktop.



**ADA Compliant**
The hood was designed for accessibility making it very easy to control from your smartphone.

**See More:**   Interactive Tour   Warranty

**Related Accessories**

Showing 1-6 of 10 Products



Samsung Hood     Samsung Chimney     Samsung Hood     1.1 cu. ft. PowerGrill     2.1 cu. ft. Over-the-

| | Recirculation Kit | Hood Extension Kit | Replacement Charcoal Filter Kit | Countertop Microwave with Power Convection in Black Stainless Steel | Range Microwave wit PowerGrill in Fingerprint Resistant Stainless Steel |
|---|---|---|---|---|---|

† 600 CFM capable.

ADVERTISEMENT

## People also bought (7 Items)



Samsung - Chimney Hood Extension Kit for Select 30" and...
★★★★★ (8)
**$494.99**
[ Add to Cart ]

Samsung - 30" Microwave Combination Wall Oven with Flex...
★★★★★ (137)
**$3,959.99**
[ Add to Cart ]

Samsung - 30" Built-In Gas Cooktop with WiFi and Dual...
★★★★★ (57)
**$1,529.99**
[ Add to Cart ]

Samsung - 30" Electric Cooktop with WiFi and Rapid Boil™...
★★★★★ (58)
**$1,439.99**
[ Add to Cart ]

Samsung - 30" Microwave Combination Wall Oven with...
★★★★★ (143)
**$3,509.99**
[ Add to Cart ]

## Most-viewed sponsored products (9 Items)



Samsung - 30" Range Hood - Stainless steel
★★★★★ (47)
**$899.99**
[ Add to Cart ]

GE - 36" Convertible Range Hood - Stainless steel
★★★★★ (10)
**$599.99**
[ Add to Cart ]

Dyson - V11 Outsize Cordless Vacuum - Red/Nickel
★★★★★ (258)
**$699.99**
~~$799.99~~
[ Add to Cart ]

Dyson - HP01 Pure Hot + Cool 800 Sq. Ft Air Purifier, Heater and Fan...
★★★★★ (884)
**$399.99**
~~$499.99~~
[ Add to Cart ]

Dyson - V11 Animal Cord-Free Vacuum - Purple/Nickel
★★★★★ (732)
**$499.99**
~~$599.99~~
[ Add to Cart ]

## Sponsored products from other sellers

Help



Ilve UPN90FDMPVS 36" Nostalgie Series Dual Fuel Natural Gas Range with 5 Sealed Brass Burners 3 cu. ft. Capacity True Convection Oven with Brass
**$3,749.00**
Appliances Connect... ▼ Ad

GE Profile Series PGS950SEFSS 6.8 cu. ft. Slide-In Gas Range w/ Convection - Stainless Steel - Stainless steel - Cooking Appliances - Ranges
**$1,599.99**
Refurbished
American Freight ▼ Ad

Viking RVGR33015BSS 30" 3 Series Gas Range with 4 cu. ft. Oven 5 Permanently Sealed Burners Continuous Grates ProFlow Convection Baffle and
**$3,899.00**
Appliances Connect... ▼ Ad

RV Stove Gas Range 21" Greystone Stove | Flair Distribution, Silver/Black Combo
**$439.99**
Flair Distribution ▼ Ad



### Ferguson Showrooms - Top Selling Dacor **Appliances** - Find Inspiration All Around
(4.7)

> Visit Website

Ad Visit a Ferguson Showroom today and explore top selling Dacor **appliances**. Book your virtual appointment with Ferguson Showrooms and discover what we have to offer! Product Experts. Virtual Appointments. Let Ferguson Inspire You. Free Shipping. Immersive Showrooms. World-Class Experience. Top Brands. Highlights: Customer Service Available, On Call Assistance Available.

Bosch Refrigerators
French Door, Side-by-Side and More
Explore A Showroom Today

Bosch Wall Ovens
Designer Grade Ovens & Microwaves
Book A Virtual Appointment Today

Bosch Ranges
Electric, Gas and Dual Fuel
Top Selling Bosch Ranges

Bosch Range Hoods
Popular Vent Hoods By Bosch
Find The Perfect Range Hood Today




### Sears Outlet - Now American Freight - Shop **Cooktops**

> Visit Website

Ad Low Everyday Prices on New and Reconditioned Refrigerators, **Ranges**, Washers, Dryers & More. Browse Our Local Assortment Online and Schedule a Delivery to Your Home Today. Financing Available. Save with Scratch & Dent. National Delivery. Deeply Discounted Prices. Curbside/Instore Pickup. Same-day Local Delivery. Types: Refrigerators & Freezers, Cooking **Appliances**.

Payment Plans Available
Sofas from Only $198
Dining Sets from $149.99

Recliners from Only $198
Save Big on Appliances
Beds from Only $129.99



### Consumer Reports Best **Ovens** - Consumer Reports Best **Ovens**

> Visit Website

Ad Search For Consumer Reports Best **Ovens** at SearchandShopping. Find Consumer Reports Best **Ovens** Here in seconds! Results Now. Smart Search. Browse It Here. Find It Here. Millions Search Results. All Your Questions. Online Searches. Web Search Info. You Ask, We Answer. Types: pdf, doc.

### Shop Bosch **Cooktops** - Gas, Electric, & Induction - Choose Bosch for Your Kitchen

> Visit Website

Ad Bosch **Cooktops** Offer Precise Performance in a Beautiful Design. Browse & Learn More! Quality Gas, Electric, and Induction **Cooktops** for Your Kitchen. Experience Bosch.

Shop All Cooktops
Find A Bosch Dealer

Shop 24" Cooktops

Help

ADVERTISEMENT

## Get the latest deals and more.
Enter email address                    **Sign Up**

**Best Buy app**
Learn more ›

**My Best Buy ›**
View Points & Certificates
Member Offers
Sign in or Create Account

**Credit Cards ›**
Make a Payment at Citibank
Check Balance at Citibank
Credit Card Offers
Apply Now

**Orders & Returns ›**
Order Status
Shipping, Delivery & Store Pickup
Return & Exchange Promise
Price Match Guarantee

**Lease to Own ›**
Apply Now

**Get Support ›**
Visit our Support Center
Schedule or Manage Your Service
Shop with an Expert
Protection & Support Plans
Trade-In Program
Product Recalls

**Partnerships ›**
Affiliate Program
Developers
Best Buy Health
Best Buy Education
Best Buy for Business
Advertise with Us

**International Sites ›**
Best Buy Mexico
Best Buy Canada

Corporate Information | Forums, Blog & More | Careers | Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | California Privacy Rights | Do Not Sell My Personal Information | California Supply Chain Transparency Act

    Mobile Site

[+]Give Feedback

In-store pricing may vary. Prices and offers are subject to change. © 2020 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Help