# Exhibit B to Complaint

**From:** Best Buy <BestBuyInfo@emailinfo.bestbuy.com>
**Date:** May 1, 2019 at 2:37:11 PM PDT
**To:** murray7097@aol.com
**Subject: Your Best Buy receipt**
**Reply-To:** Best Buy <reply-fec01d7775670075-41_HTML-8533713-97381-649227@emailinfo2.bestbuy.com>

Please keep this e-mail for your records.
View:  Web



# Paula, thank you for shopping at Best Buy®.

Thank you for requesting an e-mail copy of your receipt. The details of your purchase are below.

All your purchases are also available to view

online - just click on the "View My Purchases" button.

If you need to make a return or exchange, please review our Return and Exchange Policy.

We appreciate your business and look forward to seeing you again soon.

Sincerely,

Your Customer Care Team

**Member ID:** 2022686422

**View My Purchases**

 **YOUR BEST BUY RECEIPT**

**KEEP FOR YOUR RECORDS**



```
              ******* Duplicate Receipt *******
          *********** START RECEIPT ***********

                 Welcome to Best Buy #111
                  500 WESTMINSTER MALL RD
                    WESTMINSTER, CA 92683


          Val:000006-671883-355553-288949-548580-
                            82119

             0111 052 0984 05/01/19 14:37


         5326300     DW80K7050UG             696.12
                24" DISH B DW80K7050UG
                    854.99  Was Price
                    75.00- Sale Discount
                  83.87- SAMSG APPLNC BNDL EX 2
                     0.00   DELVRY BNDL 3
                  Delivery Order #1119121623116
                    Delivery 05/30/2019 7a-1p
                  Sales Tax                 53.95
         6201015     RF23HCEDBSG             1992.30
```

2

```
                SAMSUNG - 22.5 CU. FT. COUNTE
                   2599.99  Was Price
                   500.00- Sale Discount
               107.69- SAMSG APPLNC BNDL EX 4
                     0.00  DELVRY BNDL 3
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax              154.40
 4892503     NX58K9500WG              1707.68
               NX58K9500WG 30" SELFCLEANING
                   2069.99  Was Price
                   270.00- Sale Discount
                92.31- SAMSG APPLNC BNDL EX 4
                     0.00  DELVRY BNDL 3
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax              132.35
 6111532     NK30K7000WG               963.86
                NK30K7000WG/A2 SAMSUNG - 30"
                   1079.99  Was Price
               116.13- SAMSG APPLNC BNDL EX 2
                     0.00  DELVRY BNDL 3
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax               74.70
 5146600     5304504505                 29.99
                6' DELUXE DISHWASHER INSTALL
                     0.00  DELVRY BNDL 3
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax                2.33
 5771329     GENERIC RAN               32.99
                 GENERIC RANGE GAS LINE
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax                2.55
 8518641     HOME DELIVE                0.00
                      HOME DELIVERY
                    69.99  Was Price
                    69.99- DELVRY BNDL 3
               Delivery Order #1119121623116
                 Delivery 05/30/2019 7a-1p
               Sales Tax                0.00
                                    ----------
                          Subtotal   5422.94
                         Sales Tax    420.28
                                    ==========
                             Total   5843.22

       **********4976   Lookup  USD$    5843.22
                       BBY CARD
                    Approval 001759
                   24-Month Financing

                    24 Month Financing
        No interest if paid in full within 24
       months. If the deferred interest balance
                           is
```

3

```
                    not paid in full by the end of the
                     promotional period, interest will be
                   charged from the purchase date at rates
                     otherwise applicable under your Card
                     Agreement. Min. payments required. See
                                       Card
                            Agreement for details.


         SAMSG APPLNC BNDL EX 2 Savings:     200.00
                 DELVRY BNDL 3 Savings:      69.99
         SAMSG APPLNC BNDL EX 4 Savings:     200.00
                       Other Savings:        845.00
                       Total Savings:       1314.99


                           My Best Buy ELITE
                          Member ID 2022686422




             I understand an anti-tip bracket will be
              drilled into my floor/wall and refusal
                                will
                         result in drop off only

                Item has a 15% restocking fee if
                       opened and returned

                              PAULA,
              Thanks for shopping at Best Buy today!
             Your My Best Buy balance as of 05/01/2019
                       Posted points: 866
                 Go to BestBuy.com for more info

                As a My Best Buy Elite member,
             we are pleased to extend your return and
               exchange period on eligible products
                 to 30 days from purchase date.


              Upon return, if bundle is broken, the
                savings will be removed and current
              prices and/or bundles will be applied.
              This may result in additional charges.

             Devices that can be activated and cell
                 phones have a 14-day return policy
                year-round for all customers. Major
              appliances have a 15-day return policy
             for all customers. 15-day return policy
                      on almost everything else.

              Restocking fee applies on select items
```

```
              A valid receipt is required for all
                           returns.
           Except where prohibited, we may request
                             an
            ID. ID info may be stored in a secure,
                 encrypted database used for
                 tracking returns and exchanges.

             Returned items missing accessories are
            subject to a missing part fee. Best Buy
             reserves the right to deny any return.

            For return policy details and a complete
               list of exceptions, ask for a policy
                        brochure or go to
                      www.BestBuy.com/Returns.

              Best Buy is not responsible for any
            personal data left on a returned item.

              To learn about our privacy practices
            please visit www.BestBuy.com/privacy.

                   Your Customer Service PIN is:
                         0111 052 0984 050119


              ************ END RECEIPT ************
              ======================================
```



YOU BUY, YOU GET
**GET POINTS WITH EVERY PURCHASE**

**Shop Now**

**Deal of the Day**

5

**Geek Squad**

**Credit Cards**

**Customer Service**

**Follow us and share your story**

Your privacy is important to Best Buy. For more information on how Best Buy protects your privacy, steps you can take to protect your personal information and alerts on privacy risks facing consumers, please visit the Best Buy Privacy Hub.

**EXPERT SERVICE. UNBEATABLE PRICE:**
*See Price Match Details in store or online at BestBuy.com/PMG.

Best Buy 7601 Penn Avenue South, Richfield, MN 55423-3645

© 2019 Best Buy. All rights reserved.