# Composite Exhibit C to Complaint

# Warranty (U.S.A)

SAMSUNG DISHWASHER

LIMITED WARRANTY TO ORIGINAL PURCHASER WITH PROOF OF PURCHASE

This SAMSUNG brand product, as supplied and distributed by SAMSUNG ELECTRONICS AMERICA, INC. (SAMSUNG) and delivered new, in the original carton to the original consumer purchaser, is warranted by SAMSUNG against manufacturing defects in materials or workmanship for the limited warranty period, starting from the date of original purchase, of:

One (1) year parts and labor

This limited warranty is valid only on products purchased and used in the United States that have been installed, operated, and maintained according to the instructions attached to or furnished with the product. To receive warranty service, the purchaser must contact SAMSUNG at the address or phone number provided below for problem determination and service procedures. Warranty service can only be performed by a SAMSUNG authorized service center. The original dated bill of sale must be presented upon request as proof of purchase to SAMSUNG or SAMSUNG's authorized service center to receive warranty service.

SAMSUNG will provide in-home service within the contiguous United States during the warranty period at no charge, subject to availability of SAMSUNG authorized servicers within the customer's geographic area. If in-home service is not available, SAMSUNG may elect, at its option, to provide transportation of the product to and from an authorized service center. If the product is located in an area where service by a SAMSUNG authorized servicer is not available, you may be responsible for a trip charge or required to bring the product to a SAMSUNG authorized service center for service.

To receive in-home service, product must be unobstructed and accessible to the service agent.

During the applicable warranty period, a product will be repaired, replaced, or the purchase price refunded, at the sole option of SAMSUNG. SAMSUNG may use new or reconditioned parts in repairing a product, or replace the product with a new or reconditioned product. Replacement parts and products are warranted for the remaining portion of the original product's warranty or ninety (90) days, whichever is longer. All replaced parts and products are the property of SAMSUNG and you must return them to SAMSUNG.

# Warranty (U.S.A)

This limited warranty covers manufacturing defects in materials or workmanship encountered in normal household, noncommercial use of this product and shall not cover the following: damage that occurs in shipment, delivery, installation, and uses for which this product was not intended; damage caused by unauthorized modification or alteration of the product; product where the original factory serial numbers have been removed, defaced, changed in any way, or cannot be readily determined; cosmetic damage including scratches, dents, chips, and other damage to the product's finishes; damage caused by abuse, misuse, pest infestations, accident, fire, floods, or other acts of nature or God; damage caused by use of equipment, utilities, services, parts, supplies, accessories, applications, installations, repairs, external wiring or connectors not supplied or authorized by SAMSUNG; damage caused by incorrect electrical line current, voltage, fluctuations and surges; damage caused by failure to operate and maintain the product according to instructions; in-home instruction on how to use your product; and service to correct installation not in accordance with electrical or plumbing codes or correction of household electrical or plumbing (i.e., house wiring, fuses, or water inlet hoses).

The cost of repair or replacement under these excluded circumstances shall be the customer's responsibility.

Visits by an authorized servicer to explain product functions, maintenance or installation are not covered by this limited warranty. Please contact SAMSUNG at the number below for assistance with any of these issues.

EXCLUSION OF IMPLIED WARRANTIES

IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. Some states do not allow limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you. This warranty gives you specific rights, and you may also have other rights, which vary from state to state.



LIMITATION OF REMEDIES

YOUR SOLE AND EXCLUSIVE REMEDY IS PRODUCT REPAIR, PRODUCT REPLACEMENT, OR REFUND OF THE PURCHASE PRICE AT SAMSUNG'S OPTION, AS PROVIDED IN THIS LIMITED WARRANTY. SAMSUNG SHALL NOT BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO TIME WAY FROM WORK, HOTELS AND/OR RESTAURANT MEALS, REMODELING EXPENSES, LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Some states do not allow exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific rights, and you may also have other rights, which vary from state to state.

SAMSUNG does not warrant uninterrupted or error-free operation of the product. No warranty or guarantee given by any other person, firm, or corporation with respect to this product shall be binding on SAMSUNG.

**To obtain warranty service, please contact SAMSUNG at:**

In USA
Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
1-800-SAMSUNG (726-7864)
www.samsung.com/us/support



Warranty (U.S.A)

# Warranty (USA)

## WARRANTY ON SAMSUNG REFRIGERATOR

LIMITED WARRANTY TO ORIGINAL PURCHASER

This Samsung brand product, as supplied and distributed by Samsung Electronics America, Inc. (Samsung) and delivered new, in the original carton to the original consumer purchaser, is warranted by Samsung against manufacturing defects in materials and workmanship for a limited warranty period of:

**One (1) year Parts and Labor on Refrigerator**

**Five (5) years Parts and Labor on sealed Refrigeration system only\***

**Ten (10) years Parts and Five (5) years Labor on Digital Inverter Compressor**

(*Compressor, evaporator, condenser, drier, connecting tubing)

This limited warranty begins on the original date of purchase, and is valid only on products purchased and used in the United States. To receive warranty service, the purchaser must contact Samsung for problem determination and service procedures. Warranty service can only be performed by a Samsung authorized service center. The original dated bill of sale must be presented upon request as proof of purchase to Samsung or Samsung authorized service center.

Samsung will repair or replace any part found to be defective, at our option and at no charge as stipulated herein, with new or reconditioned parts during the limited warranty period specified above. All replaced parts and products become the property of Samsung and must be returned to Samsung. Replacement parts and products assume the remaining original warranty, or ninety (90) days, whichever is longer.

In-home service will be provided during the warranty labor period subject to availability within the contiguous United States. In-home service is not available in all areas. To receive in-home service, the product must be unobstructed and accessible from floor level to service personnel. If during in-home service repair cannot be completed, it may be necessary to remove, repair and return the product. If in-home service is unavailable, Samsung may elect, at our option, to provide for transportation of our choice to and from a Samsung authorized service center. Otherwise, transportation to and from the Samsung authorized service center is the responsibility of the purchaser.

This limited warranty covers manufacturing defects in materials and workmanship encountered in normal, noncommercial use of this product, and shall not apply to the following, including, but not limited to: damage which occurs in shipment; delivery and installation; applications and uses for which this product was not intended; altered product or serial numbers; cosmetic damage or exterior finish; accidents, abuse, neglect, fire, water, lightning or other acts of nature; use of products, equipment, systems, utilities, services, parts, supplies, accessories, applications, installations, repairs, external plumbing and leaks, external wiring, circuit breakers, fuses or connectors not supplied and authorized by Samsung, or which damage this product or result in service problems; incorrect electrical line voltage, fluctuations and surges; customer adjustments and failure to follow operating instructions, cleaning, maintenance and environmental instructions that are covered and prescribed in the instruction book; loss of food due to spoilage; consumable items including filters and light.

THERE ARE NO EXPRESS WARRANTIES OTHER THAN THOSE LISTED AND DESCRIBED ABOVE, AND NO WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SHALL APPLY AFTER THE EXPRESS WARRANTY PERIODS STATED ABOVE, AND NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG. SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOR SHALL RECOVERY OF ANY KIND AGAINST SAMSUNG BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE. WITHOUT LIMITING THE FOREGOING, PURCHASER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO PURCHASER AND PURCHASER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT SOLD BY SAMSUNG NOT CAUSED DIRECTLY BY THE NEGLIGENCE OF SAMSUNG. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT, IS NONTRANSFERABLE AND STATES YOUR EXCLUSIVE REMEDY.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights, which vary from state to state.

To obtain warranty service, please contact Samsung at:

**SAMSUNG CUSTOMER CARE CENTER**

Samsung Electronics America, Inc. 85 Challenger Road  Ridgefield Park, NJ 07660

1-800-SAMSUNG (1-800-726-7864) and www.samsung.com

## In case the need for servicing arises

Do not hesitate to call any Samsung Authorized Service Center nearby giving them your name, address and telephone number when your product is not functioning properly.

## Warranty Information (CANADA)

**Limited Warranty for Original Purchaser**

This Samsung product is warranted by Samsung Electronics Canada Inc. (hereafter referred to as SECA) against manufacturing defects in material or workmanship for the following periods:

    Labor : 1 years (in-home)
    Parts : 1 years
    Inverter Compressor : 10 years

SECA further warrants that if this product fails to operate properly within the specified warranty period and the failure is due to improper workmanship or defective material, SECA will repair or replace the product at its option.
In-home service is not available in all areas. Contact us to find out if in-home service is currently available in your area by using the contact information at the back of this warranty.

All warranty repairs or part replacements must be performed by a SECA Authorized Service Center. (To find the nearest SECA Service Center, call 1-800-SAMSUNG (7267864) or visit our web site at www.samsung.com/ca)

**Obligation to the Original Owner**

The original dated sales receipt must be retained by the customer and is the only acceptable proof of purchase.
It must be presented to a SECA Authorized Service Center at the time service is requested before warranty services are rendered. On all carry-in models, transportation to and from the Authorized Service Center is the responsibility of the customer.

**Exclusions of the Warranty**

This warranty does not cover damage due to accident, fire, flood, and/or other Acts of God, misuse, incorrect line voltage, improper installation, improper or unauthorized repairs, commercial use, or damage that occurs during shipping.
Customer adjustments which are explained in this owners manual are not covered under the terms of this warranty.
This warranty will automatically be voided for any unit found with a missing or altered serial number.
This warranty is valid only on products purchased and used in the Canada.

      **Samsung Electronics Canada Inc. 2050 Derry Road West, Mississauga, Ontario L5N 0B9 Canada**

      **Customer Care Center 1-800-SAMSUNG (726-7864)**
      **Customer Care Center Fax. 1-866-436-4617**

If you have any questions or comments relating to Samsung products,
please contact the SAMSUNG customer care center.
Samsung Electronics Canada Inc. 2050 Derry Road West, Mississauga, Ontario L5N 0B9 Canada
TEL : 905-542-3535 FAX : 905-542-3835
1-800-SAMSUNG (726-7864)
www.samsung.com/us/support

# Warranty

| PLEASE DO NOT DISCARD. |
|---|

## SAMSUNG GAS RANGE

| LIMITED WARRANTY TO ORIGINAL PURCHASER |
|---|

This SAMSUNG brand product, as supplied and distributed by SAMSUNG ELECTRONICS AMERICA or CANADA INC. (SAMSUNG) and delivered new, in the original carton to the original consumer purchaser, is warranted by SAMSUNG against manufacturing defects in materials and workmanship for a limited warranty period of:

### One (1) Year Parts and Labor

This limited warranty begins on the original date of purchase, and is valid only on products purchased and used in the United States or Canada. To receive warranty service, the purchaser must contact SAMSUNG for problem determination and service procedures. Warranty service can only be performed by a SAMSUNG-authorized service center, and any unauthorized service will void this warranty. The original dated bill of sale must be presented upon request as proof of purchase to SAMSUNG or SAMSUNG's authorized service center. Samsung will provide in-home service during the one (1) year warranty period at no charge subject to availability within the contiguous United States or Canada. In-home service is not available in all areas. To receive in-home service, product must be unobstructed and accessible to the service agent. If service is not available, Samsung may elect to provide transportation of the product to and from an authorized service center.

SAMSUNG will repair or replace this product, at our option and at no charge as stipulated herein, with new or reconditioned parts or products if found to be defective during the limited warranty period specified above. All replaced parts and products become the property of SAMSUNG and must be returned to SAMSUNG. Replacement parts and products assume the remaining original warranty, or ninety (90) days, whichever is longer.

This limited warranty shall not cover cases of incorrect electric current, voltage or supply, light bulbs, house fuses, house wiring, cost of a service call for instructions, or fixing installation errors. Furthermore, damage to the cooktop caused by the use of cleaners other than the recommended cleaners and pads and damage to the cooktop caused by hardened spills of sugary materials or melted plastic that are not cleaned according to the directions in the use and care guide are not covered. SAMSUNG does not warrant uninterrupted or error-free operation of the product.

EXCEPT AS SET FORTH HEREIN, THERE ARE NO WARRANTIES OR CONDITIONS ON THIS PRODUCT EITHER EXPRESS OR IMPLIED AND SAMSUNG DISCLAIMS ALL WARRANTIES AND CONDITIONS INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE. NO WARRANTY OR GUARANTEE GIVEN BY ANY PERSON, FIRM, OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG. SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER GENERAL, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE, OR INABILITY TO USE THIS PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOR SHALL RECOVERY OF ANY KIND AGAINST SAMSUNG BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE. WITHOUT LIMITING THE FOREGOING, PURCHASER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE, OR INJURY TO PURCHASER AND PURCHASER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF THE USE, MISUSE, OR INABILITY TO USE THIS PRODUCT. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT, IS NONTRANSFERABLE, AND STATES YOUR EXCLUSIVE REMEDY.

Some states or provinces do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state or province to province.

To obtain warranty service, please contact SAMSUNG at:

| **Samsung Electronics America, Inc.** <br> **85 Challenger Road Ridgefield Park, NJ 07660** <br> **1-800-SAMSUNG (726-7864) and www.samsung.com/us/support** |
| --- |

| **Samsung Electronics Canada Inc.** <br> **2050 Derry Road West, Mississauga, Ontario L5N 0B9 Canada** <br> **1-800-SAMSUNG (726-7864) and www.samsung.com/ca/support (English)** <br> **www.samsung.com/ca_fr/support (French)** |
| --- |

# Registration

Please register your product online at www.samsung.com/register.

# Questions

For questions about features, operation/performance, parts, accessories, or service, call 1-800-726-7864, or visit our Web site at www.samsung.com/us/support, www.samsung.com/ca/support (English), www.samsung.com/ca_fr/support (French).

Model #     _____    Serial #     _____

**Please attach your receipt (or a copy) to this manual. You may need it, along with your model and serial number, when calling for assistance.**

# warranty (USA)

## SAMSUNG RANGE HOOD

### Limited warranty to original purchaser

This SAMSUNG brand product, as supplied and distributed by Samsung Electronics America, Inc. (SAMSUNG) and delivered new, in the original carton to the original consumer purchaser, is warranted by SAMSUNG against manufacturing defects in materials and workmanship for a limited warranty period of:

**ONE (1) YEAR PARTS AND LABOR**

This limited warranty begins on the original date of purchase, and is valid only on products purchased and used in the United States. To receive warranty service, the purchaser must contact SAMSUNG for problem determination and service procedures. Warranty service can only be performed by a SAMSUNG authorized service center. The original dated bill of sale must be presented upon request as proof of purchase to SAMSUNG or SAMSUNG's authorized service center.

SAMSUNG will repair or replace this product, at our option and at no charge as stipulated herein, with new or reconditioned parts or products if found to be defective during the limited warranty period specified above. All replaced parts and products become the property of SAMSUNG and must be returned to SAMSUNG. Replacement parts and products assume the remaining original warranty, or ninety (90) days, whichever is longer.

In-home service will be provided during the warranty labor period subject to availability within the contiguous United States. In-home service is not available in all areas. To receive in-home service, the product must be unobstructed and accessible to service personnel. If during in-home service repair can not be completed, it may be necessary to remove, repair and return the product.

This limited warranty covers manufacturing defects in materials and workmanship encountered in normal, noncommercial use of this product and shall not apply to the following, including, but not limited to: damage which occurs in shipment; delivery and installation; applications and uses for which this product was not intended; altered product or serial numbers; cosmetic damage or exterior finish; accidents, abuse, neglect, fire, water, lightning or other acts of nature; use of products, equipment, systems, utilities, services, parts, supplies, accessories, applications, installations, repairs, external wiring or connectors not supplied or authorized by SAMSUNG which damage this product or result in service problems; incorrect electrical line voltage, fluctuations and surges; customer adjustments and failure to follow operating instructions, cleaning, maintenance and environmental instructions that are covered and prescribed in the instruction book; problems caused by pest infestations, and overheating by user.

THERE ARE NO EXPRESS WARRANTIES OTHER THAN THOSE LISTED AND DESCRIBED ABOVE, AND NO WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SHALL APPLY AFTER THE EXPRESS WARRANTY PERIODS STATED ABOVE, AND NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG. SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOR SHALL RECOVERY OF ANY KIND AGAINST SAMSUNG BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE. WITHOUT LIMITING THE FOREGOING, PURCHASER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO PURCHASER AND PURCHASER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT SOLD BY SAMSUNG NOT CAUSED DIRECTLY BY THE NEGLIGENCE OF SAMSUNG. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT IS NON-TRANSFERABLE AND STATES YOUR EXCLUSIVE REMEDY.

Some provinces or territories may or may not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

To obtain warranty service, please contact SAMSUNG at:

**1-800-SAMSUNG (726-7864) or www.samsung.com/us/support**