# Exhibit D to Complaint

# BECK & LEE
### trial lawyers miami

8306 Mills Drive, #248
Miami, Florida 33183

TEL: 305-234-2060
FAX: 786-664-3334
www.beckandlee.com

September 2, 2021

**<u>Via Certified U.S. Mail, Return Receipt Requested</u>**

Samsung Electronics America, Inc.
85 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660

    Re:    Notice And Demand Pursuant to California Civil Code §1782(a)

Dear Sir or Madam:

The undersigned law firm represents Ms. Paula Murray ("Ms. Murray"). Pursuant to California Civil Code § 1782(a), the purpose of this letter is to provide notice to Samsung Electronics America, Inc. ("You" or "Samsung") of the following violations of California Civil Code § 1770: the false, misleading, and deceptive advertising and sale of certain kitchen appliances as being fingerprint resistant, black stainless steel, when in fact said products start peeling months after purchase, ceasing to be black stainless steel.

Ms. Murray is a citizen of California, who purchased the following Samsung appliances advertised as fingerprint resistant black stainless steel appliances in a Best Buy Co., Inc. store in Westminster, California: a refrigerator with model number RF23HCEDBSG, a range with model number NX58K9500WG, a range hood with model number NK30K7000WG, and a dishwasher with model number DW80K7050UG. Ms. Murray purchased these products because she saw and believed Samsung's representations that the appliances would be black stainless steel and that they were more fingerprint resistant than regular stainless steel. She reasonably believed that the appliances would maintain their black color, and their fingerprint resistance for the life of the products, and that Samsung's description was not describing temporary characteristics. Had she known the truth, she would have not purchased the appliances at all, or would have purchased the less expensive stainless steel products instead. Now Ms. Murray is stuck with unsightly, defective, splotchy-colored appliances that Samsung has refused to fix.

Samsung has violated, and continues to violate, the CLRA in at least the following respects:

1. in violation of Section 1770(a)(5), Samsung has represented that Samsung's black stainless steel appliances have characteristics and benefits they do not have;

Samsung Electronics America, Inc.
September 2, 2021
Page 2 of 2

2. in violation of Section 1770(a)(7), Samsung has represented that Samsung's black stainless steel appliances are of a particular standard when they are not;

3. in violation of Section 1770(a)(9), Samsung has advertised the black stainless steel appliances with an intent not to sell them as advertised; and

4. in violation of Section 1770(a)(19), Samsung inserted unconscionable warranty limitations and disclaimers in its contracts with purchasers of the black stainless steel appliances.

Section 1782(a)(2) of the California Civil Code provides that the party receiving notice under this section is required to "correct, repair, replace, or otherwise rectify" the goods alleged to be in violation within thirty (30) days after receipt of this letter, and must ensure that appropriate notice by Samsung of this remedial action is made to all consumers who purchased the Samsung black stainless steel appliances. Accordingly, we demand that Samsung cease, and desist from engaging in the foregoing violations of the CLRA immediately. In particular, to cure the defects described herein, we demand that Samsung do and complete the following within 30 days: (1) cease and desist from misrepresenting (as alleged above) the black stainless steel appliances in literature, online, and on the product labels; (2) fix at no charge to the consumers the peeling black stainless steel coating, or allow consumers, at their choosing, to receive full refund of their purchase price of the appliances they purchased, and (3) initiate a notice and intake process for consumers to submit claims for their actual damages.

If Samsung does not take the foregoing remedial steps within 30 days, we intend to file a class action lawsuit on behalf of Ms. Murray and other similarly situated consumers seeking the foregoing relief.

If you have any questions or concerns regarding any of the foregoing, please do not hesitate to contact me at the number below.

Very truly yours,

Elizabeth Lee Beck, Esq.
Attorney for Paula Murray

cc:   Andrei Rado, Esq.
      David Azar, Esq.
      Jared H. Beck, Esq.