# Exhibit E to Complaint

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAULA MURRAY, individually and on behalf of herself and all others similarly situated,

    Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendant.

Case No.: _____

DECLARATION OF PAULA MURRAY PURSUANT TO CALIFORNIA CIVIL CODE 1780(d)

I, Paula Murray, declare as follows:

1. I am a named Plaintiff in the above-captioned litigation.
2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.
3. If called as a witness, I could and would competently testify to the matters included herein.
4. I reside in Huntington Beach, California.
5. I am informed and believe that venue is proper in this Court under California Civil Code 1780(d) because I reside in this District, the Defendant is doing business in this District, and a substantial portion of the transactions at issue occurred in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on October 6, 2021 in Huntington Beach, California.

                                                                        Paula Murray