ARNOLD & PORTER KAYE SCHOLER LLP
Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MURRAY, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 8:21-cv-01757-JVS-DFM<br><br>**STIPULATION TO TRANSFER VENUE**<br><br><br>Judge: Hon. James V. Selna |

## STIPULATION

Plaintiff Paula Murray ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant" or "Samsung") make this stipulation with reference to the following facts:

A. Plaintiff filed the proposed class action Complaint in this matter on October 22, 2021.

B. Plaintiff served the summons and Complaint on Defendant on November 12, 2021.

C. By Order dated November 30, 2021, this Court extended the due date for Defendant to respond to the Complaint until January 14, 2022.

D. This case is a putative class action concerning Samsung black stainless steel kitchen appliances brought by a California plaintiff on behalf of an alleged nationwide class and alleged California subclass. Another putative class action concerning Samsung black stainless steel kitchen appliances, filed on April 21, 2021 against Samsung, is already pending in the Southern District of Texas on behalf of an alleged nationwide class and further alleged classes of purchasers in several states other than California: *Lee, et al. v. Samsung Electronics America, Inc.*, No. 4:21-cv-01321 (S.D. Tex.).

E. Given the overlapping facts, claims, and parties, significant judicial resources would be conserved by managing both cases in one court. Proceeding with both cases in the same forum would also eliminate the risk of conflicting rulings on overlapping issues of law and fact and lessen the burdens of litigation on the parties.

F. Accordingly, the parties have agreed, and hereby request, that this action be transferred pursuant to 28 U.S.C. § 1404(a) and the first-to-file rule to the Southern District of Texas. *See Kohn Law Grp., Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1239-40 (9th Cir. 2015).

G. The parties have further agreed, and hereby request, that Samsung's deadline to answer or otherwise respond to the Complaint be stayed pending further order of this Court or by the transferee court.

H. This stipulation is made without prejudice to Plaintiff's right to seek further transfer in the future back to this Court, and the right of Samsung to file and/or oppose any motion for transfer of this case from the transferee court in the future.

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel, to entry of the Proposed Order lodged concurrently with this stipulation, that this action be transferred to the Southern District of Texas.

IT IS SO STIPULATED.

Dated: December 20, 2021          Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Oscar Ramallo*
    Oscar Ramallo

*Attorneys for Defendant Samsung Electronics America, Inc.*

Dated: December 20, 2021

By:     */s/ David Azar*

DAVID AZAR (CA Bar No. 218319)
dazar@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Tel: 213-617-1200

JARED H. BECK (CA Bar No. 233743)
ELIZABETH LEE BECK (CA Bar No. 233742)
jared@beckandlee.com
elizabeth@beckandlee.com
BECK & LEE TRIAL LAWYERS
8306 Mills Drive, #248
Miami, Florida 33183
Tel: 305-234-2060

*Attorneys for Plaintiff Paula Murray and Putative Class*

- 3 -
STIPULATION TO TRANSFER VENUE, No. 8:21-cv-01757-JVS-DFM

**ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Oscar Ramallo*
Oscar Ramallo