1  ARNOLD & PORTER KAYE SCHOLER LLP
   Oscar Ramallo (Bar No. 241487)
2  Oscar.Ramallo@arnoldporter.com
   777 South Figueroa Street, 44th Floor
3  Los Angeles, CA 90017-5844
   Telephone:  213.243.4000
4  Facsimile:  213.243.4199

5
   *Attorneys for Defendant*
6  *Samsung Electronics America, Inc.*

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10

11 | PAULA MURRAY, on Behalf of Herself and All Others Similarly Situated, | Case No. 8:21-cv-01757-JVS-DFM
12 | | **[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE**
   |               Plaintiff, |
13 | |
   |        v. |
14 | |
   | SAMSUNG ELECTRONICS
15 | AMERICA, INC., |
   | |
16 | |               Defendant. |

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered the stipulation of Plaintiff Paula Murray and Defendant Samsung Electronics America, Inc. ("Samsung"), and good cause appearing therein, the stipulation is GRANTED.  Samsung's deadline to answer or otherwise respond to the Complaint is hereby STAYED pending further order of the transferee court; and this action is hereby TRANSFERRED to the U.S. District Court for the Southern District of Texas.

It is so ORDERED.


Dated:                              , 2021


_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE