ARNOLD & PORTER KAYE SCHOLER LLP
Oscar Ramallo (Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MURRAY, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendant. | Case No. 8:21-cv-01757-JVS-DFM<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE** |

**ORDER**

Having considered the stipulation of Plaintiff Paula Murray and Defendant Samsung Electronics America, Inc. ("Samsung"), and good cause appearing therein, the stipulation is GRANTED.  Samsung's deadline to answer or otherwise respond to the Complaint is hereby STAYED pending further order of the transferee court; and this action is hereby TRANSFERRED to the U.S. District Court for the Southern District of Texas.

It is so ORDERED.

Dated:  December 25, 2021

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE